**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:02-00024 |
| | ) | Judge Trauger |
| | ) | |
| EDWARD LEE DAILY | ) | |

**O R D E R**

It is hereby **ORDERED** that the Clerk shall investigate the matters raised in the defendant's letter (Docket No. 27) and provide a memorandum to the court concerning his findings.

It is so **ORDERED.**

Enter this 6th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge